No. 17-35640

**In the United States Court of Appeals
for the Ninth Circuit**

**Chamber of Commerce of the United States of America, et al.**,
*Plaintiffs-Appellants*,

v.

**City of Seattle, et al.**,
*Defendants-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**DEFENDANTS-APPELLEES' UNOPPOSED
MOTION TO EXCEED PAGE LIMIT**

PETER S. HOLMES
  *Seattle City Attorney*
GREGORY C. NARVER
MICHAEL K. RYAN
SARA O'CONNOR-KRISS
JOSH JOHNSON
  *Assistant City Attorneys*
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

STEPHEN P. BERZON
STACEY M. LEYTON
P. CASEY PITTS
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151

*Attorneys for Defendants-Appellees City of Seattle et al.*

## DEFENDANTS-APPELLEES' UNOPPOSED
## MOTION TO EXCEED PAGE LIMIT

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to 9th Cir. R. 32-2, Defendants-Appellees the City of Seattle et al. ("the City") hereby request a 15-page extension (to 35 pages) of the page limit for their Opposition to Appellants' Emergency Motion for Injunction Pending Appeal. Plaintiffs-Appellants do not oppose the requested extension. A copy of the City's proposed Opposition is submitted herewith.

As described in the attached Declaration of Michael K. Ryan, good cause exists for granting the requested extension. Plaintiffs-Appellants filed their Emergency Motion for Injunction Pending Appeal on August 28, 2017. Dkt. No. 6. Plaintiffs-Appellants' motion was accompanied by an unopposed request for a 5-page extension of the page limit for the Emergency Motion (to 25 pages), which this Court granted on August 29, 2017. Dkt. Nos. 5, 7, 8. In addition to those 25 pages of argument, however, Plaintiffs-Appellants' Emergency Motion includes a 14-page "Circuit Rule 27-3 Certificate," which includes 10 additional pages of argument, so that Plaintiffs-Appellants submitted a total of 35 pages of argument. *See* Dkt. No. 6, at iv-xiii. The 15-page extension requested by Defendants-Appellees is necessary to permit Defendants-Appellees to respond fully to the arguments contained in the 10-page Certificate as well as to the arguments contained in the 25-page body of Plaintiffs-Appellants' Emergency Motion.

1

Declaration of Michael K. Ryan ¶6. In addition, Defendants-Appellees are responding to the proposed amicus brief filed by six law professors in this Opposition, rather than seeking leave to file a separate brief addressing the arguments by those amici. *See* Dkt. No. 10-2.

Accordingly, Defendants-Appellees respectfully request that the Court extend the page limit for their Opposition to Appellants' Emergency Motion by 15 pages, to 35 pages.

                                              Respectfully submitted,

Dated: September 5, 2017                */s/ Michael K. Ryan*
                                              Michael K. Ryan
                                              Gregory Colin Narver
                                              Sara Kate O'Connor-Kriss
                                              Josh Johnson
                                              SEATTLE CITY ATTORNEY'S OFFICE

                                              Stephen P. Berzon
                                              Stacey M. Leyton
                                              P. Casey Pitts
                                              ALTSHULER BERZON LLP

                                              *Attorneys for Defendants-Appellees City of Seattle, Seattle Department of Finance and Administrative Services, and Fred Podesta*

# DECLARATION OF MICHAEL K. RYAN IN SUPPORT OF DEFENDANTS-APPELLEES' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

I, Michael K. Ryan, hereby declare:

1. I am an Assistant City Attorney in the Seattle City Attorney's Office, a member in good standing of the State Bar of Washington and the bar of this Court, and one of the counsel of record for Defendants-Appellees in this appeal. I have personal knowledge of the facts stated herein.

2. This lawsuit challenges a City of Seattle Ordinance establishing a process through which drivers who contract with certain transportation companies like Uber and Lyft in Seattle may engage in collective negotiations with those companies regarding the terms of those contractual relationships. On August 1, 2017, the District Court dismissed all claims brought by Plaintiffs-Appellants the Chamber of Commerce of the United States of America and Rasier, LLC, including their claims that the Ordinance was preempted by federal antitrust law and by the National Labor Relations Act ("NLRA").

3. On August 24, 2017, following its dismissal of all challenges to the Ordinance brought by other plaintiffs in a separate action, the District Court dissolved the preliminary injunction barring implementation of the Ordinance that it had previously issued in favor of Plaintiffs-Appellants, and denied Plaintiffs-Appellants' request for an injunction pending appeal.

4. Plaintiffs-Appellants filed an Emergency Motion for Injunction Pending Appeal on August 28, 2017. Plaintiffs-Appellants also requested an extension, to 25 pages, of the page limit for their Emergency Motion. Dkt. Nos. 5, 7. Based on Plaintiffs-Appellants' consent to the 15-page extension requested in this motion, Defendants-Appellees consented to Plaintiffs-Appellants' requested extension. *See* Dkt. No. 7, at 6.

5. On August 29, 2017, this Court granted Plaintiffs-Appellants' request for an extension of the page-limit for their Motion, temporarily enjoined certain requirements of the Ordinance pending this Court's decision on the Emergency Motion, and ordered Defendants-Appellees to file their response by 5pm on September 5, 2017.

6. The 15-page extension requested herein is necessary to permit Defendants-Appellees to respond fully to the arguments contained in Plaintiffs-Appellants' Emergency Motion. In addition to the 25 pages of argument contained in the "Introduction" and "Argument" sections of their Emergency Motion, Plaintiffs-Appellants included a 14-page "Circuit Rule 27-3 Certificate" with their Motion. That Certificate includes a 10-page section, entitled "Facts Showing the Existence and Nature of the Emergency," that includes significant additional argument regarding, among other things, the Ordinance's alleged inconsistency with federal law, Dkt. No. 6, at iv-v; the District Court's purported error in failing

to grant an injunction pending appeal, *id.* at xi-xiii; and the supposed impact of the Ordinance on for-hire transportation services in Seattle, *id.* at vi-viii. In order to respond adequately to the arguments in the 14-page Circuit Rule 27-3 Certificate, as well as to the arguments contained in the 25-page body of the Emergency Motion, Defendants-Appellees require an additional 15 pages.

7. For the foregoing reasons, Defendants-Appellees request a 15-page extension, to 35 pages, of the page limit for their Opposition to Plaintiffs-Appellants' Emergency Motion. A copy of the proposed brief is submitted herewith.

8. On August 28, 2017, I communicated with Plaintiffs-Appellants' counsel by email regarding their request for an extension of the page limit for their Emergency Motion, and informed counsel that Defendants-Appellees would consent to their request if Plaintiffs-Appellants consented to Defendants-Appellees' request for a 15-page extension of the page limit for their Opposition. Counsel for Plaintiffs-Appellants agreed, and noted the parties' agreement in their Corrected Unopposed Motion To Exceed Applicable Page Limit. Dkt. No. 7, at 6.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 5th of September, 2017, Seattle, Washington.

      /s/Michael K. Ryan
Michael K. Ryan

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2017, I electronically filed the foregoing DEFENDANTS-APPELLEES' UNOPPOSED MOTION TO EXCEED PAGE LIMIT and DECLARATION OF MICHAEL K. RYAN IN SUPPORT OF DEFENDANTS-APPELLEES' UNOPPOSED MOTION TO EXCEED PAGE LIMIT with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/Stacey M. Leyton  
Stacey M. Leyton
